UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In Re LEHMAN BROTHERS HOLDINGS, INC., | : : : |
| EDWARD O'HARA | : 1:25-cv-1001 (ALC) |
| Appellant, | : 1:25-cv-1014 (ALC) |
| -against- | : |
| | : **AMENDED** |
| U.S. BANK NATIONAL ASSOCIATION | : **ORDER** |
| *as Trustee for The Lehman XS Trust 2006-12N* | : |
| Appellee. | : |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court amends its prior scheduling order (ECF No. 29) to correct the date of the telephonic conference.  The Court **ORDERS** the Parties to appear for a telephonic status conference on Friday, April 25, 2025 at 3 p.m. The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

The Parties shall be prepared to discuss the pending motions filed in Petitioner O'Hara's two cases before the Court as well as the consolidation of the two cases.

**SO ORDERED.**

**Dated:  April 14, 2025**
       **New York, NY**

_____
**ANDREW L. CARTER, JR.**
United States District Judge