UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In Re LEHMAN BROTHERS HOLDINGS, INC., :
:
:
EDWARD O'HARA : 1:25-cv-1001 (ALC)
                  Appellant, : 1:25-cv-1014 (ALC)
-against- :
: **ORDER**
U.S. BANK NATIONAL ASSOCIATION :
as Trustee for The Lehman XS Trust 2006-12N :
                  Appellee. :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    During the April 25, 2025 telephonic conference in this case, the Court—having heard the Parties as to why the cases captioned above should not be consolidated—ruled that the cases should be consolidated and that the action should proceed as case number 25-cv-1001. The Court respectfully directs the Clerk of Court to consolidate case number 25-cv-1014 into 25-cv-1001. All further documents in this case shall be filed only in 25-cv-1001.

**SO ORDERED.**

Dated:  May 1, 2025
         New York, NY

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**