**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

IN RE: LEHMAN BROTHERS HOLDINGS INC.


-------------------------------------------------------------------X

25 **CIVIL** 1001 (ALC)
25 **CIVIL** 1014 (ALC)

## JUDGMENT

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2025, the Order of the Bankruptcy Court is hereby AFFIRMS in part and **REMANDS** the case for further proceedings consistent with this opinion, and **DENIES** all of the pending motions and requests for relief before the Court.

**Dated:** New York, New York
September 30, 2025

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**